COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Oscar Gerardo Davila v. The State of Texas

Appellate case number:   01-12-01174-CR

Trial court case number: 1322703

Trial court:              263rd Judicial District Court of Harris County

The memorandum opinion and judgment issued in this appeal on May 15, 2014 are hereby withdrawn. *See* TEX. R. APP. P. 19.1, 19.2. This case is still pending before the Court.

Panel consisting of Justices Jennings, Sharp, and Brown.

It is so ORDERED.

Judge's signature: _/s/ Harvey Brown_____
                        ☐Acting individually     ☑Acting for the Court

Date: ___July 14, 2014_____